MORTON & CRAIG LLC
John R. Morton, Jr., Esq.
110 Marter Ave.
Suite 301
Moorestown, NJ 08057
Telephone: 856-866-0100
Attorney for: Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Case No. 19-18527(SLM) |
| ALEJANDRO MORENO | Chapter 13 |
| | Hearing Date: 6-26-19 |
| | **OBJECTION TO CONFIRMATION** |

Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, a secured creditor of the Debtor, objects to the Debtor's plan for the following reasons:

a. **VEHICLE VALUED AT ZERO; NO INTEREST PAID:** Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto holds a first purchase money security interest encumbering a 2013 CHRYSLER TOWN & COUNTRY owned by the debtor. The vehicle is valued at zero without interest. The vehicle had a clean retail value of $9,750 in the April 2019 NADA Official Used Car Guide with assumed mileage of 120,000. Prime rate of interest is now 5.5%. The plan should be amended to pay Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto $9,750.00 with interest at 8.5% since the debtor is a multiple filer. The trustee should

compute interest.  If interest was pre-computed, the trustee would pay Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto $12,002.17 over 60 months.

b. **Adequate protection payments:** The plan violates Code sections 361, 1325 and 1326.  It does not pay adequate protection payments.  Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto requests that the trustee pay it adequate protection payments in equal monthly payments each month of $195.00 per month beginning in May of 2019, (being 2% of the vehicle value).  Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto requests that these payments be given super priority administrative expense status and paid ahead of attorney fees, and should continue over the life of the plan.

c. **Proof of insurance:** The vehicle must be insured with comprehensive and collision insurance coverage and liability coverage in accordance with the requirements contained in the contract.  Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto must be listed as loss payee or additional insured. **The Debtors must provide Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto with proof that the vehicle is insured in accordance with §1326(a)(4) and this portion of the objection to confirmation should be**

**considered a demand that the Debtors provide proof of insurance.**

d. Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto must retain its lien on the vehicle following confirmation.

e. The plan appears to be proposed in bad faith. The debtor values both of his cars at zero.

f. The order of payments must be modified to provide for the priority of adequate protection payments to Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto.

/s/ John R. Morton, Jr.

_____
John R. Morton, Jr., attorney for
Wells Fargo Bank, N.A., d/b/a Wells
Fargo Auto

Date: 6-17-19