Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                Case No.: 19−18527−SLM
                Chapter:  13
                Judge:  Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alejandro Moreno
   471 Robins St #A
   Roselle, NJ 07203

Social Security No.:
   xxx−xx−3037

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 6/27/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 27, 2019
JAN:

                                      Jeanne Naughton
                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 19-18527-SLM
Alejandro Moreno                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 2           Date Rcvd: Jun 27, 2019
                            Form ID: 148             Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 29, 2019.
```
db              +Alejandro Moreno,    471 Robins St #A,    Roselle, NJ 07203-1844
518209043       +Citibank/Best Buy,    Attn: Bankruptcy,    Po Box 790441,    St. Louis, MO 63179-0441
518209047       +Dovenmuehle/Plaza Home Mtg,    Attn: Bankruptcy,    1 Corporate Dr Ste 360,
                 Lake Zurich, IL 60047-8945
518209049       +Lakeview Loan Servicing,    PO Box 8068,    Virginia Beach, VA 23450-8068
518209050       +LoanCare LLC,    Attn: Consumer Solutions Dept,    Po Box 8068,    Virginia Beach, VA 23450-8068
518209051        PSE & G,    Bankruptcy Dept,    PO Box 940,    Cranford, NJ 07016
518262345       +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
518209057       +Tribute,    Cardholder Services,    Po Box 105555,    Atlanta, GA 30348-5555
518304361       +Wells Fargo Bank N.A., d/b/a Wells Fargo Auto,    PO Box 130000,    Raleigh NC 27605-1000
518209059       +Wells Fargo/Bob's Discount Furniture,    Attn: Bankruptcy,    Po Box 10438,
                 Des Moines, IA 50306-0438
518209044       +city of newark,    water,    520 broad st,    Newark, NJ 07102-3121
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jun 28 2019 00:44:22      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 28 2019 00:44:20      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr              +EDI: RMSC.COM Jun 28 2019 04:13:00      Synchrony Bank c/o PRA Receivables Management, LLC,
                 PO BOX 41021,    Norfolk, VA 23541-1021
cr              +EDI: WFFC.COM Jun 28 2019 04:13:00      Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto,
                 1451 Thomas Langston Rd.,    Winterville, NC 28590-8872
518209039        EDI: BANKAMER.COM Jun 28 2019 04:13:00      Bank Of America,    Attn: Bankruptcy,    Po Box 982238,
                 El Paso, TX 79998
518209040       +EDI: CAPITALONE.COM Jun 28 2019 04:13:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
518209041       +EDI: CAPITALONE.COM Jun 28 2019 04:13:00      Capital One/Dress Barn,    Attn: Bankruptcy,
                 Po Box 30285,    Salt Lake City, UT 84130-0285
518209042       +EDI: CHASE.COM Jun 28 2019 04:13:00      Chase Card Services,    Correspondence Dept,
                 Po Box 15298,    Wilmington, DE 19850-5298
518209045       +EDI: WFNNB.COM Jun 28 2019 04:13:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
518209046       +EDI: DISCOVER.COM Jun 28 2019 04:13:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
518209052       +EDI: SEARS.COM Jun 28 2019 04:13:00      Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
518209053       +EDI: RMSC.COM Jun 28 2019 04:13:00      Syncb Bank/American Eagle,    Attn: Bankruptcy,
                 Po Box 965060,    Orlando, FL 32896-5060
518209055       +EDI: RMSC.COM Jun 28 2019 04:13:00      Syncb/Toys 'R' Us,    Attn: Bankruptcy,    Po Box 965004,
                 Orlando, FL 32896-5004
518209054       +EDI: RMSC.COM Jun 28 2019 04:13:00      Syncb/ccsycc,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
518209760       +EDI: RMSC.COM Jun 28 2019 04:13:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
518209056        EDI: TFSR.COM Jun 28 2019 04:08:00      Toyota Financial Services,    Attn: Bankruptcy,
                 Po Box 8026,    Cedar Rapids, IA 52409
518209058       +EDI: WFFC.COM Jun 28 2019 04:13:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
                 Po Box 19657,    Irvine, CA 92623-9657
                                                                                              TOTAL: 17

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518209048      ##+Intersect Fund Corpo,    109 Church St,    New Brunswick, NJ 08901-4012
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                 Page 2 of 2                   Date Rcvd: Jun 27, 2019
                              Form ID: 148                Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2019 at the address(es) listed below:
              David Jerome Witherspoon    on behalf of Debtor Alejandro  Moreno daveslaw321@gmail.com,
               prissycatina@yahoo.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto
               ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                           TOTAL: 6
```